THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE COUNTY OF WESTCHESTER, by the WESTCHESTER COUNTY PARK COMMISSION, Respondent, v. GEORGE W. SUTTON, as Commissioner of Assessment and Taxation, THE COUNCIL and the BOARD OF ESTIMATE AND APPORTIONMENT OF THE CITY OF NEW ROCHELLE, N. Y., Appellants.— Order vacating and canceling taxes for the year 1928 affirmed, with costs. No opinion. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY STROLOVITZ, Respondent, v. WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals of the City of New York, Appellants. SAMUEL KOFF and HARRY LIEBMAN, Intervenors.— Order sustaining writ of certiorari and denying motion to dismiss the same and to confirm the determination of the board of standards and appeals modified by directing that the proceeding be remitted to the board of standards and appeals with a direction to that board to pass upon the need, if any, for the imposing of any conditions with respect to the character of the alteration of the structure; and order granting application for a permit to erect an additional story to the garage modified by requiring that the proposed plans be submitted to the superintendent of buildings for approval before the issuance of a permit. As thus modified the orders are unanimously affirmed, with fifty dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ.

HERBERT R. ROEMMELT, Respondent, v. SELDEN SALES AND SERVICE COMPANY OF NEW YORK, INC., and SELDEN TRUCK CORPORATION, Appellants. (Appeal No. 1.) — Order denying defendants' motion to dismiss the complaint modified by granting the motion of the Selden Truck Corporation, with ten dollars costs, with leave to plaintiff to plead over, if so advised, and as thus modified the order is affirmed, with ten dollars costs and disbursements to Selden Truck Corporation. There are no allegations sustaining the theory of undisclosed principal, so far as the Selden Truck Corporation is concerned. The allegations with respect to assets of the Selden Sales & Service Company of New York, Inc., and their alleged control or diversion are insufficient to state a cause of action as against the Selden Truck Corporation. Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ., concur.